[No. 20546-7-II.    Division Two.    September 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
EARL THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 95-1-00588-8, Thomas L. Lodge, J., entered
April 3, 1996. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Bridgewater, A.C.J., and Sein-
feld, J.

[Nos. 20691-9-II; 20693-5-II.    Division Two.    September 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
A. LENTZ, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Pacific
County, Nos. 96-1-00017-3, 96-1-00016-5, Joel M. Penoyar,
J., entered May 3, 1996. *Affirmed in part* and *reversed in
part* by unpublished per curiam opinion.

[No. 21094-1-II.    Division Two.    September 19, 1997.]

*In the Matter of the Welfare of* R.T., T.A., E.A., B.A.,
N.A.

DANIEL WITT, ET AL., *Appellants*, v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from judgments of the Superior Court for Lewis
County, Nos. 91-7-00109-6, 91-7-0134-7, 91-7-00133-9, 92-7-
00035-7, 93-7-00098-3, H. John Hall, J., entered July 30,
1996. *Affirmed* by unpublished opinion per Armstrong, J.,
concurred in by Morgan and Seinfeld, JJ.

[No. 21151-3-II.    Division Two.    September 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
ALANIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 96-8-00324-7, Richard Brosey, J., entered
September 4, 1996. *Reversed* by unpublished per curiam
opinion.